1
2
3
4
5                        **UNITED STATES DISTRICT COURT**
6                             **DISTRICT OF NEVADA**
7
8   JAYMIE LYDICK,                              )
                                                )
9               Plaintiff,                      )   Case No. 2:16-cv-01984-JAD-PAL
                                                )
10  vs.                                         )   **ORDER**
                                                )
11  BROOKSTONE STORES, INC.,                    )
                                                )
12              Defendant.                      )
                                                )
13  _____ )

14      This matter is before the Court on Defendant's Motion for Waiver of Attendance of Insurance

15  Carrier at ENE (ECF No. 21), filed on March 21, 2017.  To date, Plaintiff has not filed an opposition

16  to this motion and the time for opposition has now expired.  Upon review and consideration, and with

17  good cause appearing therefor,

18      **IT IS HEREBY ORDERED** that Defendant's Motion for Waiver of Attendance of Insurance

19  Carrier at ENE (ECF No. 21) is **granted**.

20      DATED this 5th day of April, 2017.

21

22                                          _____
                                            GEORGE FOLEY, JR.
23                                          United States Magistrate Judge

24
25
26
27
28