FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com
Attorneys for Defendant,
Brookstone Stores, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAYMIE LYDICK,<br><br>    Plaintiff,<br><br>vs.<br><br>BROOKSTONE STORES, INC., a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>    Defendant. | Case No. 2:16-cv-01984-JAD-PAL<br><br>**STIPULATION AND ORDER RE: DEFENDANT'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED that consistent with LR 7-2(b), Defendant will have the normal time period of 14 days to reply to Plaintiff's opposition to motion for summary judgment. Plaintiff mistakenly filed, and the Court approved, a Stipulation and Order which provided only 7 days for Defendant to file a reply. (See, ECF No. 29 and 31). This is the first request for an extension of time with respect to

this matter.

| HATFIELD & ASSOCIATES, LTD. | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Trevor J. Hatfield, Esq. | By: /s/ Scott M. Mahoney, Esq. |
| 703 South Eighth Street | 300 South Fourth Street |
| Las Vegas, Nevada 89101 | Suite 1500 |
| Attorneys for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 10/24/2017

33368524