FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com
Attorneys for Defendant,
Brookstone Stores, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAYMIE LYDICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BROOKSTONE STORES, INC., a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>　　　　Defendant. | Case No. 2:16-cv-01984-JAD-PAL<br><br>**STIPULATION AND ORDER RE: DEFENDANT'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED that Defendant will have an extension of time up to and including December 1, 2017 to reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 34) (the "Opposition"). Defendant's Motion for Summary Judgment (ECF No. 28) was filed October 2, 2017. Defendant needs additional time because its counsel was on vacation November 8-12 and in depositions November 14 and 15, and the Thanksgiving holiday is approaching. This is the second stipulation relating to the filing of the reply brief, although the first

33368524

since the Opposition was filed.

| HATFIELD & ASSOCIATES, LTD. | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Trevor J. Hatfield, Esq. | By: /s/ Scott M. Mahoney, Esq. |
| 703 South Eighth Street | 300 South Fourth Street |
| Las Vegas, Nevada 89101 | Suite 1500 |
| Attorneys for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 11/16/2017

33368524