FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com
Attorneys for Defendant,
Brookstone Stores, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAYMIE LYDICK,<br><br>   Plaintiff,<br><br>vs.<br><br>BROOKSTONE STORES, INC., a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>   Defendant. | Case No. 2:16-cv-01984-JAD-PAL<br><br>**STIPULATION AND ORDER RE: JOINT PRETRIAL ORDER**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED that the Joint Pretrial Order, if necessary, will not be due in this case until 30 days after the date of the Settlement Conference which has been ordered by the Court (ECF No. 39). This is the first request

///

///

///

- 1 -

33620299

for an extension of this deadline.

| HATFIELD & ASSOCIATES, LTD. | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Trevor J. Hatfield, Esq. <br> 703 South Eighth Street <br> Las Vegas, Nevada 89101 <br> Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq. <br> 300 South Fourth Street <br> Suite 1500 <br> Las Vegas, Nevada 89101 <br> Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2018

- 2 -

33620299