FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
smahoney@fisherphillips.com
Attorneys for Defendant,
Brookstone Stores, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAYMIE LYDICK,<br><br>    Plaintiff,<br><br>vs.<br><br>BROOKSTONE STORES, INC., a Foreign Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>    Defendant. | Case No. 2:16-cv-01984-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>ECF No. 48 |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

HATFIELD & ASSOCIATES, LTD.　　　　FISHER & PHILLIPS LLP

By: /s/ Trevor J. Hatfield, Esq.　　　　　By: /s/ Scott M. Mahoney, Esq.
　　703 South Eighth Street　　　　　　　　300 South Fourth St., Ste. 1500
　　Las Vegas, Nevada 89101　　　　　　　Las Vegas, Nevada 89101
　　Attorneys for Plaintiff　　　　　　　　　Attorneys for Defendant

**ORDER**

Based on the parties' stipulation [48] and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
April 2, 2018